# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1726

Mason Murphy

Appellant

v.

Michael Schmitt, Officer, in his individual capacity

Appellee

Jerry Pedigo, Corporal, in his individual capacity and in his official capacity and Camden County, Missouri

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:21-cv-04195-MDH)
_____

**ORDER**

Denying motion to stay the determination of appellant's motion for rehearing en banc pending the Supreme Court's decision in Gonzalez v. Trevino, Sup Ct. 22-1025.

October 20, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans