## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No:  22-1726
_____

Mason Murphy

Plaintiff - Appellant

v.

Michael Schmitt, Officer, in his individual capacity

Defendant - Appellee

Jerry Pedigo, Corporal, in his individual capacity and in his official capacity; Camden County, Missouri

Defendants

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:21-cv-04195-MDH)

_____

**JUDGMENT**

Before KELLY, GRASZ, and KOBES, Circuit Judges.

This appeal from the United States District Court was originally submitted on the record of the district court, briefs of the parties, argued by counsel and has been remanded for further consideration by order of the United States Supreme Court.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

July 09, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler