# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1726

Mason Murphy

Appellant

v.

Michael Schmitt, Officer, in his individual capacity

Appellee

Jerry Pedigo, Corporal, in his individual capacity and in his official capacity and Camden County, Missouri

---

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:21-cv-04195-MDH)

---

**MANDATE**

In accordance with the opinion and judgment of July 9, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 30, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit